United States District Court
District of Connecticut
FILED AT NEW HAVEN
June 12 ,20 26
By S. Santos
Deputy Clerk

3:26-mj-692 (MEG)

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS AND ARREST WARRANTS

I, Ryan Oates, being duly sworn, declare and state as follows:

## INTRODUCTION

1. I am a special agent with the Federal Bureau of Investigation ("FBI") and have been since 2016. I am currently assigned to the FBI's field office in New Haven, Connecticut, and the Homeland Security Task Force ("HSTF"), where I investigate violations of federal offenses related to, among other things, firearms, violent criminal organizations, controlled substances, fraud, and transportation of stolen property. I have written, obtained, and/or coordinated the execution of search and arrest warrants in investigations involving those and various other federal offenses. I have received training in a variety of areas relevant to my position as a special agent while at the FBI Academy in Quantico, Virginia.

2. I make this affidavit in support of criminal complaints against, and arrest warrants for, Euclides Moreno Itanare ("ITANARE") (year of birth: 1997), Willian Ricardo Flores ("FLORES") (year of birth: 1977), Alberto Jose Freites Arvilla ("ALBERTO") (year of birth: 1984), and Luis Jose Freites Arvilla ("LUIS") (year of birth: 1987) (collectively, the "Suspects"), for violations of 18 U.S.C. § 2314 (interstate transportation of stolen property), § 2 (aiding and abetting), and § 371 (conspiracy) (collectively, the "Target Offenses").

3. The facts in this affidavit come from my personal observations, my review of the documents and records discussed herein, my training and experience, as well as information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. The FBI has developed evidence that ITANARE, FLORES, ALBERTO and LUIS (the "Suspects") engaged in a conspiracy beginning on an unknown date but no later than on or about August 8, 2025, and continuing through on or about August 18, 2025, to unlawfully access and steal money from Automated Teller Machines ("ATMs"). As part of the conspiracy, the Suspects conspired with and among themselves and others to transport, transmit, and transfer in interstate commerce and did transport, transmit, and transfer in interstate commerce the stolen money, the value of which was over $5,000. The Target Offenses occurred within the District of Connecticut and elsewhere, as explained throughout this Affidavit.

5. According to information provided by the owner and operator of the victimized ATMs, NCR-Atleos, approximately nine ATMs in Connecticut were accessed without permission between on or about August 8, 2025, and on or about August 18, 2025, in order to take money. On one of those occasions, the ATM was accessed, but no money was stolen because the ATM had received a software patch that protected it against this type of theft, which is also known as "jackpotting." The ATM-based thefts are outlined in the below table on or about the dates listed:

| Date | Location | Loss Amount (Approximate) |
|---|---|---|
| August 8, 2025 | Cumberland Farms, Milford, Connecticut | $23,200 |
| August 8, 2025 | Cumberland Farms, Ansonia, Connecticut | No loss |
| August 14, 2025 | I-95 northbound rest area, Fairfield, Connecticut | $136,000 |
| August 15, 2025 | I-95 northbound rest area, Branford, Connecticut | $66,400 |
| August 16, 2025 | I-95 northbound rest area, Madison, Connecticut | $42,020 |
| August 16, 2025 | I-95 southbound rest area, Madison, Connecticut | $84,000 |
| August 17, 2025 | I-95 northbound rest area, Darien, Connecticut | $61,600 |

| | | |
|---|---|---|
| August 18, 2025 | I-95 northbound rest area, Darien, Connecticut | $58,400 |
| August 18, 2025 | I-95 southbound rest area, Darien, Connecticut | $57,600 |
| | | **Total Loss: $529,220** |

6. Video surveillance from the victimized locations showed a group of four individuals, i.e., the Suspects, working in concert with each other to access the ATMs and withdraw money from them.

7. For all nine locations, the pattern of behavior was similar. As shown on surveillance video, ALBERTO entered the rest area. ALBERTO, wearing gloves, unplugged the ATM and used a bezel key to open the hood of the ATM to access the internal components. While ALBERTO did this, LUIS appeared to act as a lookout and stood in an area near ALBERTO. ALBERTO then apparently inserted a card into a computer component of the ATM, plugged in and powered the ATM back on, and left the area. LUIS, ITANARE, and FLORES then took turns approaching the ATM. Each Suspect appeared to insert a card, input a PIN, withdraw cash, remove the card, then immediately repeat the process. The Suspects generally put the cash from the ATMs into either waist packs or their pockets. Occasionally, the Suspects changed clothing before returning to the ATM in what I believe, based on my training, experience, and this investigation, was likely an attempt to avoid suspicion when approaching the same ATM multiple times for extended periods. At times, the group would remain at the location while continuing to access and withdraw money from the ATM over the course of up to five hours.

8. Below are descriptions of some of the activities at the ATM-based theft locations, along with images captured on video surveillance systems.

**Cumberland Farms, Milford, Connecticut – August 8, 2025**

9. Below are surveillance images of the Suspects withdrawing money from an ATM during an ATM-based theft at the Cumberland Farms in or near Milford, Connecticut, on or about August 8, 2025. In the images shown below, I believe ALBERTO is seen at left accessing the ATM, FLORES at center withdrawing money from the ATM, and LUIS at right acting as a lookout.



**Cumberland Farms, Ansonia, Connecticut – August 8, 2025**

10. Below are surveillance images of the Suspects attempting to withdraw money from an ATM during an ATM-based theft at the Cumberland Farms in or near Ansonia, Connecticut, on or about August 8, 2025. As stated above, this theft was unsuccessful due to the security patch installed in the ATM software. In the images shown below, I believe ALBERTO is seen at (a) accessing the ATM and LUIS at (b) acting as a lookout.



a.



b.

**I-95 Northbound Rest Area, Fairfield, Connecticut – August 14, 2025**

11. Below are surveillance images of the Suspects withdrawing money from an ATM during an ATM-based theft at the Fairfield I-95 northbound rest area on or about August 14, 2025. In the images shown below, I believe ALBERTO is seen at (a), ITANARE at (b), FLORES at (c), and LUIS at (d).





a.







b.



c.





d.




**I-95 Northbound Rest Area, Branford, Connecticut – August 15, 2025**

12. Below are surveillance images of the Suspects withdrawing money from an ATM during an ATM-based theft at the Branford I-95 northbound rest area on or about August 15, 2025. In the images shown below, I believe ALBERTO is seen at (a), ITANARE at (b), FLORES at (c), and LUIS at (d).




a.



b.

c.



d.




**I-95 Northbound Rest Area, Madison, Connecticut – August 16, 2025**

13. Below are surveillance images of the Suspects withdrawing money from an ATM during an ATM-based theft at the Madison I-95 northbound rest area on or about August 16, 2025. In the images shown below, I believe ALBERTO is seen at (a), ITANARE at (b), FLORES at (c), and LUIS at (d).




a.



b.




c.




d.

**I-95 Southbound Rest Area, Madison, Connecticut – August 16, 2025**

14. Below are photographs of the Suspects at the Madison I-95 southbound rest area on or about August 16, 2025, during the theft and withdrawing money from the ATM. In the images shown below, I believe ALBERTO is seen at (a), ITANARE at (b), FLORES at (c), and LUIS at (d).




a.



b.




c.




d.

**I-95 Rest Areas, Darien, Connecticut – August 17, 2025, to August 18, 2025**

15. Based on my review of surveillance footage and comparison of those images to the ones shown herein, including known photographs of the Suspects, along with other evidence including cell-site location information obtained in this investigation, I believe ALBERTO, LUIS, FLORES, and ITANARE also participated in thefts from ATMs at the Darien I-95 northbound rest area on or about August 17, 2025, and on or about August 18, 2025, as well as at the Darien I-95 southbound rest area on or about August 18, 2025, each noted in the table above.

**Analysis of Cell Site Location Records and Associations Between Suspects**

16. Based on information obtained during this investigation, ITANARE has used telephone number 929-395-4414 (the "Itanare Telephone"), ALBERTO has used telephone number 917-312-0709, (the "Alberto Telephone"), LUIS has used telephone number 347-883-8923 (the "Luis Telephone"), and FLORES has used telephone number 917-261-8934 (the "Flores Telephone").

a. Among other things, according to information obtained from the Department of Homeland Security ("DHS"), Euclides Moreno Itanare provided the Itanare Telephone number to DHS as his phone number for immigration purposes in or around 2024. Additionally, subscriber information for the Itanare Telephone shows that the subscriber for the account is an individual with initials "C.S." who has an address in the Bronx, New York, which is also ITANARE's former address.[1]

b. Among other things, Luis Jose Freites Arvilla provided the Luis Telephone number to DHS as his phone number for immigration purposes in or around 2025. Additionally, according to information provided by Google, the Luis Telephone number and the device associated with that number were used in connection with Google account luisxxx1387[at]gmail.com around the time of the ATM-based thefts; LUIS provided that same email address to DHS for immigration purposes.

c. Among other things, Alberto Jose Freites Arvilla provided the Alberto Telephone number to DHS as his phone number for immigration purposes in or around

[1] I believe that ITANARE now resides in or near North Carolina.

2024.[2] Additionally, records obtained from Zelle link the Alberto Telephone number to a Zelle account in the name of "Alberto Freites."

d. Among other things, Willian Ricardo Flores provided the Flores Telephone number to DHS as his phone number for immigration purposes in or around 2024. Additionally, records obtained from Zelle links the Flores Telephone number to a Zelle account in the name of "Willian Flores."

17. Through analysis of cell-site location information and communications records obtained from T-Mobile, the Itanare, Alberto, and Luis Telephones[3] were identified as having been present during one or more ATM-based thefts. More specifically, as part of this investigation, T-Mobile has provided data pursuant to search warrants issued in the District of Connecticut identifying cellular devices that were active on cell towers near, and around the times of, the ATM-based thefts. In addition, T-Mobile has provided cell-site location information about the Itanare, Alberto, and Luis Telephones around the times of the ATM-based thefts. That information shows, among other things:

a. The Itanare Telephone was present in the area of the Milford theft on or about August 8, 2025, the Fairfield northbound theft on or about August 14, 2025, and the Madison northbound theft on or about August 16, 2025.

b. The Alberto Telephone was present in the area of the Branford theft on or about August 15, 2025.

c. The Luis Telephone was present in the area of the Fairfield theft on or about August 14, 2025, and in the area of the Darien theft on or about August 17, 2025.

---

[2] DHS records also show that ALBERTO and LUIS are brothers.

[3] The Flores Telephone, though active during the time of the Target Offenses, was not used to make or receive traditional phone calls or text messages at or near the times of the thefts. Therefore, while the Flores Telephone may have been present at the locations and likely used data connections, such as for WhatsApp connections, to communicate at those times and as described elsewhere, such records were not retained by T-Mobile due to their data retention policies.

18. Additionally, communications and other records show contact between the Subjects including, but not limited to:

a. WhatsApp records show that accounts corresponding to the Alberto Telephone, the Luis Telephone, and the Itanare Telephone were in group chats together with each other between October and November 2025. Additionally, over a one-month period from mid-October to mid-November 2025, the Alberto Telephone had approximately 713 direct communications via WhatsApp with the Itanare Telephone. And, among other things, from approximately mid-October to mid-November 2025, ITANARE sent multiple messages to large groups of WhatsApp users including a WhatsApp account corresponding to the Flores Telephone.

b. T-Mobile records show that there were approximately 7 communications, or attempted communications, between the Luis Telephone and the Flores Telephone between on or about November 15, 2024, and April 22, 2025. In addition, there were approximately 8 communications, or attempted communications, between the Alberto Telephone and the Flores Telephone between on or about November 25, 2024, and August 2, 2025—August 2, 2025, was shortly before the first ATM-based theft described above.

**Comparison of Suspects to Surveillance Images**

19. As part of this investigation, the FBI obtained from DHS photographs of the Suspects from their respective immigration files. The photographs were taken of and/or submitted by each of the Suspects for immigration-related purposes. Based on my comparison of these known photographs to the individuals seen in the surveillance images during the ATM-based thefts as shown above, I believe the following suspects, pictured below, to be ALBERTO at (a), ITANARE at (b), FLORES at (c), and LUIS at (d). For comparison, each known photograph obtained from DHS appears first, and is followed by surveillance images from one or more of the ATM-based thefts described above.





a.





b.






c.

d.   

**Additional Evidence Related to Luis**

20. During the failed theft attempt on or about August 8, 2025, at the Cumberland Farms in Ansonia, Connecticut, security surveillance video shows that LUIS made a purchase at the counter using his cell phone. Records obtained from Capital One and related to a credit card in the name of Luis Freites, shows a purchase made that same date on August 8, 2025, at that same store. LUIS opened the credit card account in or about October 2024 using the Luis Telephone and email address luisxxx1387[at]gmail.com, which, as described above, LUIS included in his DHS application for immigration-related benefits ("Luis Email Account 1").

21. On or about February 10, 2026, Google provided information pursuant to a search warrant issued in the District of Connecticut for Luis Email Account 1. A search of that account revealed, among other evidence, emails and photographs (e.g., "selfies") attributing the account to LUIS; searches for, and visits to, websites related to NCR-Atleos (the owning entity of the victimized ATMs); searches for information on ATM skimming; and, searches for and visits to websites selling electronic items that are known by law enforcement to be components used to unlawfully access and dispense money from ATMs in criminal activity similar to that described herein.

**Additional Evidence Related to Alberto**

22. According to information provided by Apple, both the Alberto Telephone and the physical device used by the Alberto Telephone during the commission of the Target Offenses were attributed to Apple account elpram563[at]icloud.com. Zelle financial records showed a customer account in the name of ALBERTO (as "Alberto Arvilla") that had previously used email account elpram563[at]hotmail.com (notably with the same user handle as the mentioned Apple account, only under a different domain) and actively used email afreites563[at]gmail.com (the "Alberto Google Account"), which is ALBERTO's first initial, partial last name, and same three digits as the "elpram563" accounts. That is, each time ALBERTO received a money transfer facilitated by Zelle, he received a corresponding notice from Bank of America at the Alberto Google Account.

23. On or about March 31, 2026, Google provided information pursuant to a search warrant issued in the District of Connecticut for the Alberto Google Account. Found in the Alberto Google Account were "selfies" of ALBERTO, images of ALBERTO and LUIS, other evidence attributing the Alberto Google Account to ALBERTO (including images of records and identity documents in ALBERTO's name). YouTube activity logs for the Alberto Google Account showed that between July 2025 and September 2025, the account viewed NCR ATM repair training videos, ATM maintenance videos, and similar videos that appear to be specific to the type of ATMs operated by NCR-Atleos. Saved bookmarks for the Alberto Google Account also revealed that the account had saved links to websites that described how to delete Google Chrome history, a site apparently selling 3D-printed ATM panels, a site apparently selling ATM skimming equipment, sites offering tutorials on gas pump skimming, and similar websites. I

believe ALBERTO used these websites and videos to, among other things, train himself on how to access and manipulate ATMs like those described throughout this Affidavit.

**Additional Evidence Related to Flores**

24. On or about May 27, 2026, Apple provided information pursuant to a search warrant issued in the District of Connecticut for an Apple account linked to the Flores Telephone ("the Flores Apple Account"). The Flores Apple Account was created on or about August 8, 2024, and subscribed to in the name "Giovanny Aguilar.[4]" At the time the records were produced, the Flores Telephone was the verified telephone for the account as well as the FaceTime and iMessage contact number for the account. According to information provided by Apple, the physical device used by the Flores Telephone around the time of the Target Offenses was attributed to the Flores Apple Account.

25. A search of that account revealed, among other evidence, "selfies" of FLORES and images of a silver or gray Toyota Highlander, similar to, or the same as, one of the two suspect vehicles used in the Target Offenses (the "Highlander"). According to information provided by CSP, the Highlander was observed at multiple of the above-described thefts and surveillance video showed some of the Suspects entering and exiting the vehicle at the rest areas. The Highlander bore a North Carolina registration that did not correspond to its make and model. I therefore believe that this license plate was stolen or otherwise obtained from another vehicle and used in order to mask the Suspect's identities from law enforcement.

26. Below is an image of the Highlander from security video at the Madison Northbound rest area on or about August 16, 2025:

---

[4] Based on my training and experience, I know that Apple subscriber information, such as the subscriber's name and address, is provided by the user. I therefore believe the account holder can provide an alias rather than their true name when subscribing to the account.



27. The Highlander was also observed in or near Westport, Connecticut on or about August 15, 2025:



28. The following image of a Toyota Highlander of the same color, make, model, and trim was found in the Flores Apple Account, backed up from a WhatsApp account used by the Flores Telephone:



29. Also found in the Flores Apple Account, and again backed up from a WhatsApp account used by the Flores Telephone, was an image of an Illinois license plate on a silver or gray Toyota Highlander:




30. According to Illinois Department of Motor Vehicle records, this license plate was registered to "Willian R Flores," which is the same first and last name, and middle initial, of FLORES. Additionally, visible on the top and sides of the license plate, are what appear to be adhesive tabs that seem to be placed in a manner that would allow another license plate (such as the North Carolina license plate) to be temporarily affixed to the true license plate. Based on my training, experience, and participation in this investigation, I believe this would have allowed FLORES to temporarily affix the North Carolina license plate to the true license plate while committing the Target Offenses in order to obscure his identity, then to easily remove the

misused license plate when away from the theft locations to avoid problems with law enforcement if stopped.

**Additional Evidence Related to Itanare and the Suspects**

31. The Itanare Telephone has most recently been active under the same subscriber account since in or about January 2025. According to information provided by DHS, ITANARE provided the Itanare Telephone and email account dperezitanare[at]gmail.com (the "Itanare Email Account") as his contact information in relation to an application for an immigration benefit in or about March 2024. According to information provided by Apple, both the Itanare Telephone and the physical device used by the Itanare Telephone around the time of the Target Offenses were attributed to an Apple account (the "Itanare Apple Account") using the Itanare Email Account as the account login email. Purchases made from the Itanare Apple Account were billed to ITANARE (as "Euclides Moreno Itanare"). Zelle financial records showed a customer account in the name of ITANARE (as "Euclides Moreno Itanare") previously using the Itanare Telephone and actively using the Itanare Email Account. Google subscriber records showed that Itanare Email Account had the Itanare Telephone as its recovery SMS telephone as well as its user telephone.

32. On or about March 2, 2026, Apple provided information related to the Itanare Apple Account pursuant to a search warrant issued in the District of Connecticut. In the data provided by Apple, investigators found multiple photos of ITANARE and his co-conspirators planning, preparing for, and executing the Target Offenses. The photos showed, among other things: the ATMs at the victimized locations both on the date of the thefts and in the days leading up to the ATM-based thefts (*e.g.*, photographs of the ATM at the Milford Cumberland Farms on

the date of the August 8, 2025, theft, and at the Darien northbound rest area on or about August 11, 2025, prior to the thefts there); ITANARE and other of the Suspects; and money.

33. One image found in Itanare's Apple Account, included below at left, shows ITANARE (as evidenced by the blue patterned shirt) withdrawing money from the victimized ATM on or about August 15, 2025, at the Brandford northbound rest area, according to metadata for the photo identifying the time and location of when and where it was taken. This photo can be compared to the surveillance image of ITANARE at the Branford northbound rest area on or about August 15, 2025, withdrawing money from the ATM and wearing the same shirt, included below at right:





34. In addition, the Itanare Apple Account included the following two photos, shown below at center and right. For comparison, the surveillance image, shown below at left, shows ITANARE sitting in a chair at the Fairfield northbound rest area on or about August 14, 2025. I believe that the person shown in the photos is ITANARE based on, among other things, an image of ITANARE sitting in a chair wearing pants with a large "A" on the side, which appears to be the same as the "A" on the pants seen in images of a person holding open a waist pack filled with cash. Additionally, date and location metadata associated with the photos, below at center and

right, show that they were taken on or about August 14, 2025, at or near the Fairfield northbound rest area.





35. The Itanare Apple Account also included photos of cash on a seat in a car, then in a black plastic bag, with date and location metadata showing that the photos were taken on or about August 14, 2025, at or near the Fairfield northbound rest area. As described above, there was an ATM-based theft at the Fairfield northbound rest area that same day, from which approximately $136,000 was stolen:





36. The Itanare Apple Account also included photos dated August 15, 2026, between approximately 12:15 a.m. and 12:30 a.m. of at least some of the Suspects counting a large

amount of cash. Location metadata associated with the photos show that they were taken in or near Elmont, New York. Based on this investigation, I believe that the individual seen in the photograph below and wearing a white sweatshirt and black pants and sitting next to white sneakers is LUIS, as he is wearing clothes matching those LUIS was observed wearing in security surveillance footage from the theft that occurred earlier that day (a surveillance image from the Fairfield northbound rest area taken on or about August 14, 2025, is included next to it for comparison). Because the Suspects were in Connecticut for the ATM-based theft at the northbound rest area in Fairfield, Connecticut, on August 14, 2025, from approximately 4:30 p.m. to approximately 9:30 p.m., then at least some are shown in this photo in New York on August 15, 2025, at approximately 12:26 a.m., just three hours later, there is reason to believe that at least some of the Suspects crossed state lines with the stolen money (additionally, the black plastic bag appears to be the same as seen in the paragraph above).





37. In another photo from the Itanare Apple also dated August 15, 2025, at approximately 12:15 a.m., in what appears to be the same room taken in or near Elmont, New York, an individual whom I believe to be ALBERTO is depicted seated at a small table with other suspects and the black plastic bags containing what I believe to be the money stolen from the ATM at the Fairfield northbound rest area on or about August 14, 2025. A surveillance image from the Fairfield northbound rest area taken on or about August 14, 2025, is included next to it for comparison, as I believe he was still wearing the same pants.






38. On or about April 1, 2026, Google provided information related to afreites563[at]gmail.com, used by ALBERTO as described above, pursuant to a search warrant issued in the District of Connecticut. I further believe the person sitting at the table in the above photo is ALBERTO because a search of afreites563[at]gmail.com contained a video of ALBERTO wearing what appears to be the same green hat:



39. And, among other photos found in the Itanare Apple Account, was a photo showing a person counting money on the floor of an apparent apartment. Date and location metadata from the photo show that it was taken late at night on August 16, 2025, in or near New Rochelle, New York, just hours after the thefts from Madison, Connecticut. I believe this person is LUIS based on a comparison to the surveillance video of LUIS earlier that day (which, for comparison, is shown next to the photo of LUIS counting money) and to the known photographs of LUIS provided by DHS.





**Additional Evidence Related to the Suspects**

40. One of the photos saved in the Itanare Apple Account was a screenshot that apparently shows activity on Itanare's phone and that was captured on the same date and around the same time as the ATM-based theft at the Cumberland Farms in Milford on or about August 8, 2025, according to metadata associated with the screenshot. Specifically, the screenshot shows what I believe to be an ongoing WhatsApp conference call with four participants. Although the participants are not identified by name in the screenshot, icons associated with two of the participants are associated with known photos used by ALBERTO and LUIS, and the phone number associated with another participant is linked to FLORES, which is the number assigned to the Flores Telephone. Based on this screenshot, my training and experience, and this investigation, I believe that this screenshot shows ITANARE, ALBERO, LUIS, and FLORES (using the Flores Telephone) all communicating via WhatsApp while committing the Target Offenses in Milford, Connecticut, which is consistent with the above-included photos showing each of them using phones, sometimes with what appear to be earbuds in their ears, which would enable them to talk during a conference call without holding a phone their ears.

* NO FURTHER INFORMATION ON THIS PAGE *

## CONCLUSION

41. Based on the information set forth above, there is probable cause to believe that Euclides Moreno Itanare, Willian Ricardo Flores, Alberto Jose Freites Arvilla, And Luis Jose Freites Arvilla have violated 18 U.S.C. § 2314 (interstate transportation of stolen property), 18 U.S.C. § 371 (conspiracy), and 18 U.S.C. § 2 (aiding and abetting). Accordingly, I respectfully request that the Court issue warrants for their arrest.

Respectfully submitted,

RYAN OATES Digitally signed by RYAN OATES Date: 2026.06.12 12:20:25 -04'00'

Special Agent Ryan Oates
Federal Bureau of Investigation

Subscribed and sworn to before me via Microsoft Teams on June 12, 2026, in New Haven, Connecticut.

Maria E. Garcia Digitally signed by Maria E. Garcia Date: 2026.06.12 16:46:58 -04'00'

HONORABLE MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE