AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
_____ 01 25 ____ 20 26
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:26-mj- 00694   (MEG) |
| Luis Jose Freites Arvilla | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Luis Jose Freites Arvilla                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2314 (Interstate Transportation of Stolen Property); 18 U.S.C. § 371 (Conspiracy); 18 U.S.C. § 2 (Aiding and Abetting). Between at least on or about August 8, 2025 and continuing through at least on or about August 18, 2025, in the District of Connecticut, the defendant and coconspirators stole money from ATMs throughout Connecticut and transported it across state lines.

Date:      06/12/2026

Maria E. Garcia  Digitally signed by Maria E. Garcia
Date: 2026.06.12 16:48:44 -04'00'
*Issuing officer's signature*

City and state:   New Haven, Connecticut

Hon. Maria E. Garcia, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*   6/15/2026  , and the person was arrested on *(date)*  6/25/26
at *(city and state)*   Queens, NY  .

Date:  6/25/26

_____
*Arresting officer's signature*

Special Agent Joshua Brumage
*Printed name and title*