**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-mj-00694 (MEG) |
| | : | |
| V | : | |
| | : | |
| ALBERTO JOSE FREITES ARVILLA | : | JUNE 29, 2026 |

**MOTION FOR RELEASE ON BOND**

The defendant, Alberto Jose Freites Arvilla, moves the court for an order, releasing him from custody pending resolution of his criminal case.

The undersigned now puts forth the following combination of conditions to support Mr. Freites Arvilla's application for release, pending final resolution of his criminal matter. Undersigned counsel believes the following conditions will adequately ensure Mr. Freites Arvilla's appearance in court and address the court's concern regarding the safety of the community.

1. Mr. Freites Arvilla's will reside with his wife, Elena Gutierres in their residence in Kew Gardens, New York which address is known to both Pretrial Services and the Government.

2. The court will appoint Ms. Gutierres as Mr. Freites Arvilla's third-party custodian. By way of background, Ms. Gutierres works largely from home as an administrative assistant in a consulting firm. Ms. Gutierres agrees to post bond in the amount of $100,000, or whatever amount the court deems appropriate.

3. Mr. Freites Arvilla's mother-in-law, Elena Gutierres Cruz, has agreed to sign a bond in the amount of $100,000.

4. Mr. Freites Arvilla's will agree to electronic monitoring and the imposition of an appropriate curfew, or home incarceration.

5. Mr. Freites Arvilla's does not possess a passport.

6.    Mr. Freites Arvilla's will undergo a substance abuse evaluation and submit to treatment as deemed necessary by Pretrial Services.

7.    The defendant's travel will be restricted to the State of New York and the State of Connecticut.

8.    The defendant will avoid all contact and/or communication with individuals engaged in criminal activity.

9.    The defendant will report in person to the Pretrial Services Office as directed.

10.    The defendant will not possess any firearms or other dangerous weapons.

The defendant respectfully requests that he be released to the custody of his wife, Elena Gutierres and further represents he would abide by any other conditions the court may impose.

THE DEFENDANT,
ALBERTO JOSE FREITES ARVILLA

BY  /s/ E. Gregory Cerritelli
E. GREGORY CERRITELLI
Fed. Bar No. ct20784
2 Lincoln Street
New Haven, CT 06510
(203) 624-6115 (tel)
(203) 624 4791 (fax)

## CERTIFICATION

I hereby certify that on this 29th day of June, 2026, a copy of the foregoing Motion was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court MC/ECF System.

/s/ E. Gregory Cerritelli
E. GREGORY CERRITELLI